# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # *6*

U.S.C.A. # _____

U.S.D.C. # 07-cv-9778

JUDGE: KMW

DATE: DEC. 13, 2007

-----------------------------------------

Carmichael

-v-

Levitt, et al

-----------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): **THOMAS R. PISARCZYK**
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------------

DOCUMENT DESCRIPTION                                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✔ ) **Original Record**                          (_____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 13th Day of December, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Carmichael

-v-

Levitt, et al

U.S.C.A. # _____

U.S.D.C. # 07-cv-9778

JUDGE: KMW

DATE: Dec. 13, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                           Document  Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 13th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-09778-KMW**
**Internal Use Only**

Carmichael v. Levitt et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | MOTION for Leave to Proceed in forma pauperis. Document filed by Tyrone Carmichael.(db) (Entered: 11/09/2007) |
| 11/05/2007 | 2 | CASE TRANSFERRED IN from the United States District Court - Eastern District of New York; Case Number: 07-cv-1628(JG)(LB). Original file with documents numbered 1-3, certified copy of transfer order and docket entries received.Document filed by Tyrone Carmichael.(db) (Entered: 11/09/2007) |
| 11/05/2007 | | Magistrate Judge James C. Francis, IV is so designated. (db) (Entered: 11/09/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL Accordingly, the complaint is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii)(iii). This Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Woodon 11/5/07) (db) (Entered: 11/09/2007) |
| 11/05/2007 | 4 | JUDGMENT : Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B)(ii)(iii). This Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (db) (Entered: 11/09/2007) |
| 11/09/2007 | | Mailed letter to the United States District Court - Eastern District of New York acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (db) (Entered: 11/09/2007) |
| 11/21/2007 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Tyrone Carmichael. (tp) (Entered: 12/12/2007) |
| 11/21/2007 | | Appeal Remark as to 5 Notice of Appeal filed by Tyrone Carmichael. $455.00 APPEAL FEE DUE. IFP REVOKED 11/5/07. (tp) (Entered: 12/12/2007) |
| 12/12/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 12/12/2007) |
| 12/12/2007 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 12/12/2007) |